**SO ORDERED.**

**SIGNED this 25 day of April, 2011.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:      JOSEPH C. AKINS, JR.                    #10-32383
                                                    Chapter 13

ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY HSBC Bank Nevada, N.A.

No response having been filed to the Trustee's Objection to the secured claim filed by HSBC Bank Nevada, N.A., it is hereby **ORDERED** that the Trustee's Objection to the claim is hereby sustained and that the secured claim filed by HSBC Bank Nevada, N.A. in the amount of $11536.82 shall be disallowed unless an amended deficiency claim is filed within the time allowed per the terms of the confirmed plan.

# # #

APPROVED FOR ENTRY:
/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995